Opinion issued March 16, 2021



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00342-CR

————————————

**NICHOLAS JORDANDARSH BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Case No. 1481140**

---

## MEMORANDUM OPINION

This Court's September 22, 2020 Memorandum Order granted appellant, Nicholas Jordandarsh Brooks's motion asking this Court to abate his appeal and to remand to allow him to file an out-of-time motion for new trial with the benefit of counsel. On October 21, 2020, appellant filed in the trial court a motion for new

trial, which was granted on November 17, 2020. On December 3, 2020, appellant filed in this Court a motion to dismiss this appeal as moot after the trial court granted his motion for new trial. On December 30, 2020, a supplemental clerk's record was filed in this Court, which included a certified copy of the trial court's November 17, 2020 order granting the motion for new trial.

The granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). This appeal was rendered moot by the trial court's November 17, 2020 order granting a new trial. *See id.* Because there is no longer an appealable judgment of conviction, we have no jurisdiction over this appeal and can take no action other than to dismiss the appeal. *See id.*; *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.) (dismissing appeal for want of jurisdiction after motion for new trial granted because no sentence to be appealed).

Accordingly, we reinstate this appeal, grant appellant's motion to dismiss the appeal for want of jurisdiction and dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.

Do not publish.  TEX. R. APP. P. 47.2(b).